Debtor's Name: Rhonda Harrington

Case Number: 1-14-43323

I, Rhonda Harrington, Debtor, have no pay statements to submit because Where I work, I don't receive pay stubs.

Dated: Sept. 30, 2014

RECEIVED 2014 SEP 30 A 9:50 BANKRUPTCY COURT DISTRICT OF NY

Rhonda Harrington
Debtor's Signature